**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6646**

_____

TROY MAZYCK,

                Petitioner - Appellant,

      v.

WARDEN OF W.C.I. RONALD SHANE WEBER; ANTHONY G. BROWN, The Attorney General of the State of Maryland,

                Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge. (1:24-cv-01182-PX)

_____

Submitted: February 7, 2025                Decided: March 19, 2025

_____

Before WYNN and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Troy Mazyck, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Mazyck seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 petition without prejudice as an unauthorized, successive § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A); *Jones v. Braxton*, 392 F.3d 683, 688 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Mazyck has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2